UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

---

| | |
|---|---|
| JAMES CROUD, as the trustee for the next of kin of DAVID CROUD, | FILE NO. 08cv-5372 (PJS/JSM) |

Plaintiff,

vs.

ST. MARY'S MEDICAL CENTER,
DR. WILLIAM K. GITAR, and
unknown/unnamed Hospital Staff,
CITY OF DULUTH, OFFICER
SHANNA HARRIS, OFFICER
CHAD NAGORSKI, OFFICER
GREGORY HAMANN, OFFICER
TONY RADLOFF, SERGEANT
DAVID GREEMAN, all in their
individual and official capacities,

Defendants.

---

### AMENDED NOTICE OF DEPOSITION *DUCES TECUM* OF DR. STEVEN TREDAL

---

TO:  Plaintiff above-named and their attorney's, Teresa J. Nelson, John C. Goetz, and Albert T. Goins:

**PLEASE TAKE NOTICE** that the deposition of Dr. Steven Tredal by oral examination will be taken before a Watczak Reporting, Inc. at 750 St. Paul City Hall, 15 Kellogg Blvd. West, in the City of St. Paul, in the County of Ramsey, State of Minnesota,

on the 11th day of March, 2010, at 1:00 p.m., and thereafter by adjournment until the same shall be completed.

**PLEASE TAKE FURTHER NOTICE** that the deponent is required to produce at the time of said deposition, any and all information listed on the attached Schedule A.

Dated this 23rd day of February, 2010.

M. ALISON LUTTERMAN
Deputy City Attorney
Bar Number 17676X
Gunnar B. Johnson
City Attorney
Attorneys for Defendants City of Duluth, Harris, Nagorski, Hamann, Greeman and Radloff
Duluth City Attorney's Office
410 City Hall
Duluth, MN   55802
Telephone: (218) 730-5490
Fax: (218) 730-5918
alutterman@ci.duluth.mn.us

## AFFIDAVIT OF MAILING

STATE OF MINNESOTA ) 
COUNTY OF ST. LOUIS ) ss

Jodine K. Wien, being first duly sworn, on oath, deposes and says that on the 23rd day of February, 2010, at the City of Duluth, St. Louis County, Minnesota, she served the attached **Amended Notice of Deposition *Duces Tecum* of Dr. Steven Tredahl**, by depositing a copy in the United States Mail, in an envelope pre-stamped and addressed to:

John C. Goetz
Attorney at Law
5120 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Teresa J. Nelson
ACLU
450 North Syndicate
Suite 325
St. Paul, MN 55104

Albert T. Goins
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415

_____
Jodine K. Wien

Subscribed and sworn to before
me a notary public this 23rd day
of February, 2010.

_____
Notary Public

STEVEN BRADLEY HANKE
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2012